AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 JUN 15 PM 12: 22

CLERK _____
SO. DIST. OF GA.

United States of America )
v. )
Ralph Tyrone Williams )  Case No: CR102-00011-001
) USM No: 10991-021
Date of Previous Judgment: December 13, 2002 ) J. Pete Theodocion
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months **is reduced to** __240 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __40__  Amended Offense Level: __38__
Criminal History Category: __I__  Criminal History Category: __I__
Previous Guideline Range: __292__ to __365__ months  Amended Guideline Range: __235__ to __293__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court has considered the defendant's conduct and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining that a sentence of 240 months imprisonment as to each of Counts 2 and 6, to be served concurrently, is the appropriate societal response to the

Except as provided above, all provisions of the judgment dated __December 13, 2002,__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __June 15, 2009__              _____
                                            Judge's signature

Effective Date: _____            Dudley H. Bowen, Jr.
(if different from order date)              United States District Judge
                                            Printed name and title