# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 FEB 15 AM 8:23
CLERK _____
SO. DIST. OF GA.

United States of America
v.
Ralph Tyrone Williams

) Case No: CR102-00011-001
) USM No: 10991-021
)
) J. Pete Theodocion
)  Defendant's Attorney

Date of Original Judgment: December 13, 2002
Date of Previous Amended Judgment: June 15, 2009
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** Time Served.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated December 13, 2002 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 15, 2019

*Judge's signature*

Effective Date: February 21, 2019
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*